

AL OTRO LADO                                                                                    Andrew Fels <andrew@alotrolado.org>

## Inquiry regarding missing ORR/ACF/HHS proactive disclosure records

**Andrew Fels** <andrew@alotrolado.org>                                                  Tue, Aug 5, 2025 at 7:37 PM
To: HHS_FOIA_Public_Liaison@hhs.gov
Cc: FOIARequest@hhs.gov

Hello Ms. Formoso:

My name is Andrew Fels and I'm a staff attorney for the immigration services nonprofit Al Otro Lado. My focus is on proactive disclosures under section 552(a)(2). When people need missing agency policies, I work to make sure that they get them as quickly as possible.

Today I received the attached email from a partner nonprofit immigration organization, ACACIA. The ACACIA email notes the lack of any published ORR policies, staff manuals, or instructions, pertaining to the recently adopted practice of collaborating with ICE and other law enforcement organizations. The second, broader issue identified by ACACIA is that ORR makes no policies available on its online ACF FOIA reading room. Finally, I need to also note that the general HHS FOIA reading room appears generally deficient. For example, it lists HHS as having only two public policies.

My immediate concern is the first category of records. For the reasons stated by ACACIA, we need them as soon as possible.We always prefer to reach a negotiated resolution where possible. I'm sure you are busy, but if you can contact me in any matter at all by the end of the week, we'd like to see what solution we can craft together. You can reach me at this email or on my cell phone at 865-567-4881.

Ultimately, we'd like to help HHS gain full FOIA compliance.

Best

--
Andrew Fels,
Attorney, Al Otro Lado
(he/him/el)
865-567-4881
andrew@alotrolado.org

P.S.:I've cc'ed the HHS FOIA request email here so that it will also toll the statutory requirement for pre-suit (a)(2) notification. Which hopefully is just an unnecessary formality for us. *See, e.g., Al Otro Lado, Inc. v. Immigration And Customs Enforcement*, 1:23-cv-01525, (D.D.C. Dec. 19, 2023) (minute order recognizing that an (a)(2) lawsuit does not require an initial FOIA request under (a)(3)) (quoting *Citizens for Responsibility & Ethics in Wash. v. DOJ*, 846 F.3d 1235, 1240 (D.C. Cir. 2017) ("[A] plaintiff may bring an action under FOIA to enforce the reading-room provision, and may do so without first making a request for specific records under section 552(a)(3).").



AL OTRO LADO

_____
This email contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email, or an authorized agent employee responsible for delivering this message to the intended recipient, you are hereby notified
that any dissemination or copying of this email is strictly prohibited. If you received this email in error, please notify us by reply email. Thank you for your cooperation.
_____

📄 **Al Otro Lado Mail - ICE FOIA Data re unaccompanied child operations.pdf**
200K